# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. 2:25-cr-356-LCB-SGC |
| | ) |
| **KELEIN ANDRE BLEVINS** | ) |

## ORDER

On November 19, 2025, a Change of Plea Hearing was held in the above case by Magistrate Judge John H. England, III. A Report and Recommendation was filed on November 20, 2025 recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED** and the guilty plea is **ACCEPTED**.

**DONE** and **ORDERED** this December 23, 2025.

_____
LILES C. BURKE
U.S. DISTRICT JUDGE